UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IZAEL GARCIA et al.,

      Plaintiff,

-v-

120 MP, LLC et al.,

      Defendants.

18-CV-6408 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 Based on the arguments raised by Plaintiffs' counsel in their letter at Dkt. No. 73, the Court hereby grants reconsideration of its decision at Dkt. No. 70.  Upon reconsideration, the parties' settlement agreement, including the request for attorney's fees and costs, is approved as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

 Accordingly, pursuant to the settlement agreement, Plaintiffs' claims are dismissed with prejudice.  The Clerk of Court is directed to close this case.

 SO ORDERED.

Dated: April 7, 2021
   New York, New York

                  _____
                      J. PAUL OETKEN
                     United States District Judge